UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In the Matter of: | Peter V Soumphonphakdy and Phetdavone Keomanipheng, Debtors. | Chapter 13<br>Case No. 17-23440-BHL |

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

Peter Soumphonphakdy and Phetdavone Keomanipheng, by and through their attorneys, have filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

> U. S. Courthouse - Clerk of Bankruptcy Court
> 517 E. Wisconsin Avenue
> Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must also mail a copy to:

> Michael S. Georg
> Debt Advisors, SC
> 2600 N. Mayfair Rd., Suite #700
> Milwaukee, WI 53226

If you or your attorney do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

Debt Advisors, SC
2600 N. Mayfair Road, Suite 700
Milwaukee, WI 53226
T: 414-755-2400
F: 414-257-0172

# REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is:

   __X__ the Debtor;

   _____ the Chapter 13 Trustee (post-confirmation modifications only);

   _____ the holder of an unsecured claim (Name:_____) (post-confirmation modifications only).

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

   A. _____ post-confirmation;

   B. __X__ pre-confirmation (Select i. or ii.):

   i. _____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or

   ii. __X__ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are: **All creditors.**

3. The Proponent wishes to modify the Chapter 13 Plan to do the following:

   - **Debtors wish to pay their student loans outside of the Plan, clarify payment of Attorney's Fees, pledge one-half of net refunds to the Plan and to account for mortgage arrears through the Plan.**

   4. The reason(s) for the modification is/are: **Debtors wish to pay their student loans outside of the Plan, clarify payment of Attorney's Fees, pledge one-half of net refunds to the Plan and to account for mortgage arrears through the Plan.**

5. Select A. or B.

   A. ___ The Chapter 13 Plan confirmed or last modified on is modified as follows:

   B. _X_ The unconfirmed Chapter 13 Plan dated April 16, 2017 - is modified as follows:

**The Debtors shall pay the claims of the Navient, and other student loan claims, directly outside of the Plan. The total attorney fee as of the date of filing the petition is $3,500.00.**

The amount of $450.00 was paid prior to the filing of the case. The balance of $3,050.00 will be paid through the Plan. Pursuant to 507(a)(2) and 1326(b)(1), any tax refund submission received by the trustee will first be used to pay any balance of Debtors' Attorney's Fees. Further, Debtors shall turn over to the Trustee 50% of all net federal and state income tax refunds received during the term of the Plan. The Trustee shall pay any arrears for Pennymac Loan Services's secured claim in full through the Plan at an interest rate of 0%.

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

**WHEREFORE**, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Dated this 25th day of September, 2017.

**DEBT ADVISORS, S.C.**
/s/ Michael S. Georg
Michael S. Georg, # 1029502

Debt Advisors, SC
2600 N. Mayfair Road, Suite 700
Milwaukee, WI 53226
T: 414-755-2400
F: 414-257-0172

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

| In the Matter of: | Peter V Soumphonphakdy and<br>Phetdavone Keomanipheng,<br>Debtors. | Chapter 13<br>Case No. 17-23440-BHL |
|---|---|---|

## CERTIFICATE OF MAILING

The undersigned, an Attorney, does hereby certify that a copy of the Motion to Modify Chapter 13 Plan filed this day, was electronically served or mailed on September 25, 2017 to:

1. United States Trustee's Office, via ECF.

2. Scott Lieske, Chapter 13 Trustee, via ECF.

3. All Creditors (See attached matrix).

4. Debtors.

Dated this 25th day of September, 2017.

**DEBT ADVISORS, S.C.**
/s/ Michael S. Georg
Michael S. Georg, # 1029502

Debt Advisors, SC
2600 N. Mayfair Road, Suite 700
Milwaukee, WI 53226
T: 414-755-2400
F: 414-257-0172

```
Label Matrix for local noticing          PennyMac Loan Services, LLC, its successors    Alliance Col
0757-2                                   3043 Townsgate Rd                              3916 S Business Park Ave
Case 17-23440-bhl                        Westlake Village, CA 91361-3027                Marshfield, WI 54449-9029
Eastern District of Wisconsin
Milwaukee
Mon Sep 25 13:13:49 CDT 2017

Alliance Collection Ag                   (p)AMERICOLLECT INC                            Aspire Fcu
3916 S Business Park Ave                 PO BOX 2080                                    67 Walnut Ave
Marshfield, WI 54449-9029                MANITOWOC WI 54221-2080                        Clark, NJ 07066-1640


Aspire Federal Credit Union              Aurora Health Care                             Aurora Health Care
c/o Peter J. Liska. LLC                  3301 W. Forrest Home Ave.                      PO Box 341100
766 Shrewsbury Avenue                    Milwaukee, WI 53215-2843                       Milwaukee, WI 53234-1100
Tinton Falls, NJ 07724-3001


Aurora Medical Group                     Chase Card                                     Comenity Bank/bstonstr
P.O. BOX 343910                          Po Box 15298                                   Po Box 182789
Milwaukee, WI 53234-3910                 Wilmington, DE 19850-5298                      Columbus, OH 43218-2789


Credit Coll                              ERMED SC                                       Emergency Medicine Specialists
Po Box 607                               9875 S Franklin Dr                             P.O. Box 26428
Norwood, MA 02062-0607                   PO Box 320930                                  Milwaukee, WI 53226-0428
                                         Franklin, WI 53132-6151


IC System                                Internal Revenue Service                       Midland Funding LLC
444 Hwy 96 East                          Department of the Treasury                     Midland Credit Management, Inc
Saint Paul, MN 55127-2557                P.O. Box 7346                                  as agent for Midland Funding, LLC
                                         Philadelphia, PA 19101-7346                    PO Box 2011
                                                                                        Warren, MI 48090-2011


Navient                                  Navient Solutions, LLC. on behalf of           Office of the U. S. Trustee
Po Box 9500                              Educational Credit Management                  517 East Wisconsin Ave.
Wilkes Barre, PA 18773-9500              Corporation                                    Room 430
                                         PO BOX 16408                                   Milwaukee, WI 53202-4510
                                         St. Paul, MN 55116-0408


Pennymac Loan Services                   Pennymac Loan Services                         Peter Souphonphakdy
6101 Condor Dr                           6101 Condor Dr, Suite 200                      4925 W Cold Spring Rd
Moorpark, CA 93021-2602                  Moorpark, CA 93021-2602                        Milwaukee, WI 53220-3660


Phetdavone Keomanipheng                  Professional Placement Services LLC            Quantum3 Group LLC as agent for
4925 W Cold Spring Rd.                   PO Box 612                                     MOMA Funding LLC
Milwaukee, WI 53220-3660                 Milwaukee, WI 53201-0612                       PO Box 788
                                                                                        Kirkland, WA  98083-0788


Special Procedures Unit                  SunTrust Bank                                  Suntrust Bank Atlanta
Wisconsin Department of Revenue          Attn: Support Services                         55 Park Pl Ne Ste 1055
PO Box 8901                              P.O. Box 85092                                 Atlanta, GA 30303-2531
Madison, WI 53708-8901                   Richmond, VA 23286-0001
```

| | | |
|---|---|---|
| Syncb/amazon<br>Po Box 965015<br>Orlando, FL 32896-5015 | Syncb/ashley Homestore<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | Syncb/lowes<br>Po Box 956005<br>Orlando, FL 32896-0001 |
| West Allis Memorial Hospital<br>P.O. Box 341100<br>Milwaukee, WI 53234-1100 | Wheaton Franciscan<br>St. Joseph's Hospital<br>5000 W. Chambers St.<br>Milwaukee, WI 53210-1688 | Chad L. Schomburg<br>2600 N. Mayfair Road<br>Suite 700<br>Milwaukee, WI 53226-1314 |
| Michael S. Georg<br>Debt Advisors, S.C.<br>2600 N. Mayfair Road<br>#700<br>Milwaukee, WI 53226-1314 | Peter V Soumphonphakdy<br>4925 W. Cold Spring Rd.<br>Milwaukee, WI 53220-3660 | Scott Lieske<br>Chapter 13 Trustee<br>P.O. Box 510920<br>Milwaukee, WI 53203-0161 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Americollect Inc
Po Box 1566
Manitowoc, WI 54221


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Phetdavone Keomanipheng<br>4925 W. Cold Spring Rd.<br>Milwaukee, WI 53220-3660 | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     1<br>Total                  39 |